VICTIM

FILED

2026 SEP 16 PM 1:17

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

TIMOTHY COURCHAINE
United States Attorney
District of Arizona
RENDA COOK MAGINNIS
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Renda.Maginnis@usdoj.gov
Attorneys for Plaintiff

**CR26-04878 TUC-RM(JEM)**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>vs.<br>Romulo D. Velasquez-Fernandez,<br>Defendant. | **INDICTMENT**<br>Violations:<br>18 U.S.C. §§ 111(a)<br>(Assault on a Federal Officer)<br>Count 1<br><br>18 U.S.C. §§ 111(a) and 111(b)<br>(Assault on a Federal Officer –Bodily Injury)<br>Counts 2 and 3 |

**THE GRAND JURY CHARGES:**

**COUNT 1**

On or about August 30, 2026, at or near Tucson, in the District of Arizona, ROMULO D. VELASQUEZ-FERNANDEZ did intentionally and forcibly assault ICE ERO Deportation Officer M.M., a person designated under Title 18, United States Code, Section 1114 as a Federal officer, while Officer M.M. was engaged in, or on account of the performance of his official duties, by biting Officer M.M.'s thigh, thus making physical contact.

All in violation of Title 18, United States Code, Section 111(a).

///

**COUNT 2**

On or about August 30, 2026, at or near Tucson, in the District of Arizona, ROMULO D. VELASQUEZ-FERNANDEZ did intentionally and forcibly assault ICE ERO Deportation Officer J.B., a person designated under Title 18, United States Code, Section 1114 as a Federal officer, while Officer J.B. was engaged in, or on account of the performance of his official duties, by biting Officer J.B.'s forearms, which inflicted bodily injury to Officer J.B. to wit: breaking the skin and causing bleeding.

All in violation of Title 18, United States Code, Sections 111(a) and (b).

**COUNT 3**

On or about August 30, 2026, at or near Tucson, in the District of Arizona, ROMULO D. VELASQUEZ-FERNANDEZ did intentionally and forcibly assault ICE ERO Deportation Officer J.F., a person designated under Title 18, United States Code, Section 1114 as a Federal officer, while Officer J.F. was engaged in, or on account of the performance of his official duties, by biting Officer J.F.'s arm, which inflicted bodily injury to Officer J.F. to wit: breaking the skin and causing bleeding.

All in violation of Title 18, United States Code, Sections 111(a) and (b).

A TRUE BILL

/ S /

FOREPERSON OF THE GRAND JURY
Dated: September 16, 2026

REDACTED FOR
PUBLIC DISCLOSURE

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

/ S /

RENDA COOK MAGINNIS
Assistant U.S. Attorney